IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHIRLEY ALFREDA REED,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0738

Opinion filed April 13, 2017.

An appeal from an order of the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Shirley Alfreda Reed, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED. Schneider v. Schneider, 732 So. 2d 1147 (Fla. 4th DCA 1999).

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.